**Petition for Reinstatement from Inactive Status.**

**No. 103 DB 1999.**

Supreme Court of Pennsylvania.

Dec. 28, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of December, 1999, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 23, 1999, are approved and IT IS ORDERED that JOY E. McGINNIS, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Sally Barto COREN.**

**Petition for Reinstatement from Inactive Status.**

**No. 102 DB 1999.**

Supreme Court of Pennsylvania.

Dec. 28, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of December, 1999, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated November 23, 1999, are approved and IT IS ORDERED that SALLY BARTO COREN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**In the Matter of Laura Vanderbilt HEISTERKAMP.**

**Petition for Reinstatement.**

**No. 917 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Dec. 28, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 28th day of December, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 3, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation

and processing of the Petition for Reinstatement.